*Nesbitt,* for appellant.

*T. F. Hargis,* for appellee.

---

HIRAM J. JORDAN *v.* THOS. WALLACE'S ADM'R.

**Appeal—Review—Findings of Court.**

Where, by consent of the parties, the law and the facts are submitted to the judge, his findings on the facts will be treated as the verdict of the jury.

APPEAL FROM LAWRENCE CIRCUIT COURT.

January 31, 1874.

OPINION BY JUDGE LINDSAY:

The law and facts of this case were by consent submitted to the judge. His finding on the facts must therefore be treated as the verdict of a jury.

The date of the $12.59 note is inconsistent with the appellant's theory that Wallace collected sixty dollars on the $98.00 note early in the war. The only witness who attempted to explain this inconsistency is Allison. His character is assailed, and the circuit judge seems to have disregarded his testimony, and we cannot say he erred in doing so.

Judgment affirmed.

———, *for appellant.*

———, *for appellees.*